57 So.2d 641

### Jack STOVALL v. STATE.
### 7 Div. 165.

Court of Appeals of Alabama.

Jan. 22, 1952.
Rehearing Denied Feb. 19, 1952.

Merrill, Merrill & Vardaman, Anniston, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.
Affirmed.

Petition for certiorari stricken by Supreme Court in Stovall v. State, 257 Ala. 116, 57 So.2d 641.